**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAMIE ROSE MARIE WILLIAMS,

    Plaintiff,

v.                                                             CASE NO: 12-CV-14428

COMMISSIONER OF
SOCIAL SECURITY,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

      This matter is before the court on the parties' cross motions for summary judgment. The case was referred to United States Magistrate Judge Charles E. Binder, pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In his Report on June 24, 2013, the magistrate judge recommended that this court deny the Plaintiff's' Motion for Summary Judgment [9] and grant the Defendant's Motion for Summary Judgment [10], therefore, the findings of the Commissioner are affirmed. No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

      Having reviewed the file and the Report, the court concludes that the findings and conclusions of the magistrate judge are correct and ADOPTS the same for purposes of this Order.

      Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Plaintiff's' Motion for Summary Judgment [9] is DENIED and the Defendant's Motion for Summary Judgment [10], is GRANTED.

                                                                    s/ Robert H. Cleland
                                                                    ROBERT H. CLELAND
                                                                    UNITED STATES DISTRICT JUDGE

DATED: July 17, 2013

---

    [1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).