**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMIE ROSE MARIE WILLIAMS,

    Plaintiff,

v.                                 CASE NO: 12-CV-14428

COMMISSIONER OF
SOCIAL SECURITY,

    Defendants.
_____/

**JUDGMENT**

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant and against the Plaintiff Jamie Williams. Dated at Detroit, Michigan, this 17th day July, 2013

                                              DAVID J. WEAVER
                                              CLERK OF COURT

                                              BY: Richard Loury for Lisa Wagner
                                              Lisa Wagner, Case Manager to
                                              Judge Robert H. Cleland

.